1  BENJAMIN B. WAGNER
   United States Attorney
2  ROSS K. NAUGHTON
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT
9                EASTERN DISTRICT OF CALIFORNIA

10 | IN THE MATTER OF THE APPLICATION      | 2:16-SW-0245 CKD
   | OF THE UNITED STATES OF AMERICA       |
11 | FOR SEARCH WARRANTS CONCERNING:       | [PROPOSED] ORDER TO UNSEAL SEARCH
   |                                       | WARRANTS AND SEARCH WARRANT
12 | The residence located at 201 Mark Avenue, | AFFIDAVITS
   | Vallejo, California.                  |
13

14      Upon application of the United States of America and good cause having been shown,

15      IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby

16 ordered unsealed.

17
18 Dated: May 19, 2016
                                          _____
19                                        The Honorable Kendall J. Newman
                                          UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS